IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WOMEN'S CARE FLORIDA, LLC ETC., ET AL.,

      Appellants,

v.

      Case No. 5D15-332

A.G. AND P.G., INDIVIDUALLY, ETC., ET AL,

      Appellees.

_____/

Opinion filed July 29, 2016

Non-Final Appeal from the Circuit Court for Orange County, Patricia A. Doherty, Judge.

Dinah S. Stein, of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, Thomas Dukes, III, and Ruth C. Osborne, of McEwan, Martinez & Dukes, P.A., Orlando, for Appellants.

Jessie L. Harrell and Bryan S. Gowdy, of Creed & Gowdy, P.A., Jacksonville, for Appellees, A.G. and P.G.

No Appearance for other Appellees.

PER CURIAM.

      AFFIRMED. *See Crespo v. Hernandez*, 151 So. 3d 495 (Fla. 5th DCA 2014),

*review granted*, 171 So. 3d 116 (Fla. 2015). We certify conflict with *Santiago v. Baker*,

135 So. 3d 569 (Fla. 2d DCA 2014).

ORFINGER, TORPY and COHEN, JJ., concur.